**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CARLA DOE, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   No. 4:22-CV-247 PLC |
| | ) |
| CASTLEWOOD TREATMENT CENTER, ET AL., | ) |
| | ) |
|         Defendants. | ) |

**ORDER OF DISMISSAL**

This matter is before the Court on review of the record. On June 15, 2022, the Court entered an order directing Plaintiff Carla Doe to show cause, within fourteen days, why the action should not be dismissed without prejudice for failure to serve the two named Defendants within ninety days after the complaint was filed on February 28, 2022. [ECF No. 6] The docket reflects that Plaintiff has not responded to the Court's show cause order. Therefore, after careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's cause of action against Defendants Castlewood Treatment Center and Brittney Gibbs is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).

                                                                                 PATRICIA L. COHEN
                                                                                 UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of July, 2022